414

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. EVER–TITE MANU- FACTURING COMPANY.

No. 12080.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Smith, Swift & Maloney, of Davenport, Iowa, for respondent.

PER CURIAM.

Respondent shall not discourage' membership of employees in certain unions, etc., and to take certain affirmative action, on petition for enforcement and stipulation.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. McCLELLAND COM- PANY.

No. 12101.

Circuit Court of Appeals, Eighth Circuit.

Aug. 25, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Edward A. Doerr, of Davenport, Iowa, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from certain practices and to take certain affirmative action, on petition for enforcement and stipulation, etc.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. FORD MOTOR COM- PANY.

No. 525, Original.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Asst. Gen. Counsel, National Labor Relations Board, all of Washington, D. C., for petitioner.

McDonald, Bartlett & Muldoon, of St. Louis, Mo., and Cravath, deGersdorff, Swaine & Wood, of New York City, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and consent of respondent.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. UNION ELECTRIC COM- PANY OF MISSOURI et al.

No. 12071.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

J. Wesley McAfee, of St. Louis, Mo., for respondents.

PER CURIAM.

Respondents ordered to cease and desist from certain practices and to take certain affirmative action, on petition for enforcement and stipulation.